WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEROME ANDREWS,<br><br>             Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____ ) | CASE NO.: **EDCV 11-0168 SS**<br><br>[~~PROPOSED~~] ORDER AWARDING<br>EAJA FEES |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND

EIGHT HUNDRED FIFTY DOLLARS and no/cents ($1,850.00), as authorized by

28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

     DATED: October 27, 2011

                         /S/ Suzanne H. Segal

              UNITED STATES MAGISTRATE JUDGE