WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEROME ANDREWS,                )<br>                                              )<br>              Plaintiff,            )<br>                                              )<br>       v.                                  )<br>                                              )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of Social Security, )<br>                                              )<br>              Defendant.           )<br>_____ ) | CASE NO.: **EDCV 11-0168 SS**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS and no/cents ($1,850.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: October 27, 2011

/S/ Suzanne H. Segal
_____
UNITED STATES MAGISTRATE JUDGE

1